# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christopher Cassatt, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 2278 C.D. 2015 |
| | : | |
| Workers' Compensation Appeal | : | |
| Board (Uninsured Employers | : | |
| Guaranty Fund), | : | |
| Respondent | : | |

# **O R D E R**

NOW, November 2, 2016, upon consideration of respondent's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge